cmmc

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Juan Manuel MARTINEZ,<br><br>Defendant. | Case No.: '21 MJ3237<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18, U.S.C., Sec. 111(a)(1) – Assaulting, resisting, or impeding certain officers or employees (Felony) |
|---|---|

The undersigned complainant being duly sworn states:

On or about August 12, 2021, within the Southern District of California, defendant Juan Manuel MARTINEZ, did knowingly and intentionally and forcibly assault, resist, oppose, impede, intimidate, or interfere with a person named in Title 18, United States Code, Section 111, to wit United States Customs and Border Protection Officer (CBPO) A. Escalante, in that defendant intentionally closed the driver's side window of his vehicle on CBPO Escalante's hand while in the performance of his official duties, such acts involving physical contact with CBPO A. Escalante; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Steven R. Merklein
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 13th of August 2021.

*William V. Gallo*
HON WILLIAM V. GALLO
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On August 12, 2021, at approximately 12:23 PM, Juan Manuel MARTINEZ, ("MARTINEZ"), a United States citizen, attempted to enter the United States from Mexico through the San Ysidro Port of Entry vehicle lane number 18. MARTINEZ was the driver of a 2016 Nissan Altima ("the vehicle") bearing California license plates. MARTINEZ was accompanied by his wife and adult son.

A Customs and Border Protection Officer (CBPO) approached the vehicle and asked MARTINEZ for any legal documents that would allow him to enter the United States. MARTINEZ refused. A second CBPO, A. Escalante, ask MARTINEZ for identification. MARTINEZ stated to the CBPO that he already showed the documents to the other CBPO. CBPO Escalante asked again to see the documents, MARTINEZ rolled down the driver's window a little, grabbed some documents, and started moving them towards the CBPO at the driver's side window. When the CBPO reached to retrieve the documents from MARTINEZ, MARTINEZ pulled the documents back and rolled up the window pinning a finger of the CBPO's left hand. The CBPO shouted for MARTINEZ to roll the window down. MARTINEZ did not comply. The CBPO then utilized his right hand which was holding his flashlight at the time to break the window and free his finger. At that time multiple CBPOs were

1

on scene and were able to remove MARTINEZ and the other two occupants from the vehicle.

MARTINEZ was placed under arrest at approximately 3:55 PM.

    MARTINEZ was arrested and charged with a violation of Title 18, U.S.C., Sec. 111(a)(1) – Assaulting, resisting, or impeding certain officers or employees (Felony).